UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONIO SOTO,

        Plaintiff,

v.

WELLS FARGO BANK, NA,

        Defendant.
_____/

Case No.　11-14064

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on January 13, 2012, judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

                          DAVID WEAVER

Dated: January 13, 2012        By: s/Julie Owens
                                     Deputy Clerk


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 13, 2012, by electronic and/or ordinary mail.

                                     S/Julie Owens
                                     Case Manager, (313) 234-5160